```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09478
    CANDE D RODRIGUEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9739

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/04/2006 and was confirmed 01/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 08/27/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE     3020.91            .00        3020.91
CITY OF CHICAGO            SECURED            513.00            .00          90.00
CITY OF CHICAGO            UNSECURED        NOT FILED           .00            .00
COOK COUNTY TREASURER      SECURED           1565.00            .00         260.90
B-LINE LLC/CHASE BANK US   UNSECURED         2685.38            .00            .00
LVNV FUNDING LLC           UNSECURED         2725.62            .00            .00
WOW INTERNET AND CABLE     UNSECURED        NOT FILED           .00            .00
GE MONEY BANK/WALMART      UNSECURED         1627.18            .00            .00
ADVOCATE CHRIST HOSPITAL   UNSECURED        NOT FILED           .00            .00
ADVOCATE CHRIST HOSPITAL   UNSECURED        NOT FILED           .00            .00
KOHLS                      UNSECURED          215.60            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5816.95            .00            .00
CHRIST MEDICAL CENTER      UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER      UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1034.91            .00            .00
PIER 1 IMPORTS             UNSECURED          646.22            .00            .00
SALLIE MAE LSCF            UNSECURED        NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED        NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED        NOT FILED           .00            .00
UNITED CREDIT UNION        SECURED VEHIC   11162.50          346.36        1944.14
WORLD FINANCIAL NETWORK    UNSECURED          185.13            .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         2638.97            .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          204.61            .00            .00
ISAC                       UNSECURED         8579.21            .00            .00
AMERICAN FAMILY            UNSECURED        NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,314.00                      1,314.00
TOM VAUGHN                 TRUSTEE                                           426.14
DEBTOR REFUND              REFUND                                          1,436.77

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09478 CANDE D RODRIGUEZ
```

```
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  8,839.22

PRIORITY                                            .00
SECURED                                        5,315.95
    INTEREST                                     346.36
UNSECURED                                           .00
ADMINISTRATIVE                                 1,314.00
TRUSTEE COMPENSATION                             426.14
DEBTOR REFUND                                  1,436.77
                       ---------------      ---------------
TOTALS                   8,839.22              8,839.22
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```